FILED

JAN 2 1 2010

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| ) | 4:10CR   00027CEJ |
| DAMON BRANDON and ) | |
| CHESTER GOODSON, a/k/a "Chess," ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning in or about March 2009, and continuing until approximately October 2009, in the Eastern District of Missouri, the defendants,

**DAMON BRANDON and
CHESTER GOODSON, a/k/a "Chess,"**

did knowingly and intentionally combine, conspire, confederate and agree, together with each other and with other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and

The quantity of mixture or substance containing a detectable amount of cocaine base ("crack") involved in the offense was in excess of 50 grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A)(iii).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA M. WISSLER, #505777
Assistant United States Attorney