6-15-15

RECEIVED
JUN 18 2015
BY MAIL

Dear Clerk for Honorable Carol E. Jackson,

I have contacted the Eastern District of Missouri Probation Office which I spoke with Probation Officer Theron K. Jackson. It was brought to my attention that on April 20, 2015 the Judge ordered a sentence reduction on my behalf under the new amendment 782. I would like a copy of that order stating the facts. Will you please send me a copy.

Thank You
Chester Goodson

Chester Goodson #37001-044
USP Leavenworth
P.O. Box 1000
Leavenworth Kansas, 66048

⇔37001-044⇔
Chester Goodson Jr.   #37001-044
United States Penitentiary
PO BOX 1000
Leavenworth, KS 66048-1000
United States

KANSAS CITY 640

16 JUN 2015 PM 2 L

RECEIVED
JUN 18 2015
BY MAIL

⇔37001-044⇔
Clerk Of The Courts
Eastern District of MO.
111 S 10TH ST
Saint Louis, MO 63102
United States

63102112599